IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                  No. 2:10-cr-00175 KJM

    v.

WQAS KHAN,

    Defendant.              <u>ORDER</u>

          /

        Presently before the court are defendant Wqas Kahn's ("Khan") ex parte applications filed pursuant to Federal Rule of Criminal Procedure 17 (Dkt. Nos. 156-59). Khan seeks to compel the production of documents in advance of, and compel certain witnesses' attendance at, an evidentiary hearing presently scheduled to take place on May 15, 2012, before United States District Judge Kimberly J. Mueller. (<u>See</u> Order, Jan. 11, 2012, Dkt. No. 143; Minute Order, Mar. 8, 2012, Dkt. No. 155.) This matter was referred to the undersigned by Judge Mueller. (Minute Order, Apr. 18, 2012, Dkt. No. 160.) The undersigned heard the matter on the court's criminal calendar on May 3, 2012. Attorneys J. Tony Serra and Shari L. White appeared on Khan's behalf. Assistant United States Attorney Jason Hitt appeared on the plaintiff's behalf.

////

1

For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Khan's ex parte motions to compel witnesses' attendance at the May 15, 2012 evidentiary hearing and the production of documents in advance of the evidentiary hearing (Dkt. Nos. 156-59, 161) are denied. As a result, plaintiff's motion to quash the related subpoenas (Dkt. No. 162) is granted.

2. However, Inspector Kirk Bunch shall bring documents in his possession that are relevant to the seven categories of information contained in Judge Mueller's January 11, 2012 order (see Order, Jan. 11, 2012, at 3-4) to the evidentiary hearing on May 15, 2012, but shall not produce such documents unless ordered to do so by Judge Mueller in connection with the hearing. In specific regard to the second category of information listed in the January 11, 2012 order, Inspector Bunch shall bring to the evidentiary hearing documents pertaining to the subsequent interviews of the source identified as "Rabbit," which appear to have taken place on December 5, 2009, and December 10, 2009.[1]

IT IS SO ORDERED.

DATED: May 4, 2012

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] For clarification, this portion of the order is not made pursuant to Federal Rule of Criminal Procedure 17. Instead, the undersigned orders Inspector Bunch to bring these documents to the evidentiary hearing solely in order to comply with Judge Mueller's January 11, 2012 order.

2