IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                          No. 2:10-cr-00175-KJM

      v.

WQAS KHAN, et al.,                 ORDER TO SHOW CAUSE

      Defendants.
_____/

During cross-examination of defense witness Shazia Azam on July 29, 2013, Assistant United States Attorney William Wong repeatedly declined to accept the court's ruling on evidentiary objections, instead arguing with the court despite repeated directives to continue with questioning. At one point, after the court's sustaining of a defense objection, Mr. Wong turned to the prosecution's counsel table and slammed a 9mm handgun that had been admitted into evidence into its evidence box. All of the aforementioned conduct was in the presence of the court and the jury, as well as a significant number of observers in the public areas of the courtroom.

"Courts of justice are universally acknowledged to be vested, by their very creation, with power to impose silence, respect, and decorum, in their presence, and submission to their lawful mandates." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). In light of this court's inherent

1

powers, the court orders Mr. Wong to appear before the court for a special status on Wednesday, August 7, 2013, at 2 p.m., to show cause why he should not be sanctioned for his conduct and to discuss possible appropriate sanctions if the court ultimately determines sanctions are appropriate.

IT IS SO ORDERED.

DATED: August 2, 2013.

_____
UNITED STATES DISTRICT JUDGE